```
                          United States Bankruptcy Court
                           Eastern District of California
```

In re:                                                              Case No. 13-26807-A
Randall David Austin                                                Chapter 7
Betty Elizabeth Austin
        Debtors

# CERTIFICATE OF NOTICE

```
District/off: 0972-2          User: admin              Page 1 of 2         Date Rcvd: May 21, 2013
                              Form ID: b9a             Total Noticed: 20
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2013.
```
db/jdb     +Randall David Austin,   Betty Elizabeth Austin,   1706 Daniel Court,   Fairfield, CA 94533-4157
aty        +John A. Tosney,   331 J St #200,   Sacramento, CA 95814-2220
20521624   +Bank of America,   P O Box 982235,   El Paso TX 79998-2235
20521626   +Capital One Best Buy,   26525 N Riverwoods Boulevard,   Mettawa IL 60045-3438
20521627   +Comenity Bank Sports Authority,   P O Box 182789,   Columbus OH 43218-2789
20521631   +DSRM National Bank,   P O Box 631,   Amarillo TX 79105-0631
20521632   +GE Credit Care Credit,   950 Forrer Boulevard,   Kettering OH 45420-1469
20521633    GE Credit JC Penney,   P O Box 984100,   El Paso TX 79998
20521634   +GE Credit Walmart,   P O Box 965024,   Orlando FL 32896-5024
20521636   +Nationstar Bank,   P O Box 650783,   Dallas TX 75265-0783
20521638   +TD Target,   3701 Wayzata Boulevard,   Minneapolis MN 55416-3401
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr          EDI: BSLCARELLO.COM May 22 2013 03:43:00      Sheri L. Carello,   PO Box 22527,
              Sacramento, CA  95822-0527
smg         EDI: EDD.COM May 22 2013 03:43:00      Employment Development Department,
              Bankruptcy Group, MIC 92E,   PO Box 826880,   Sacramento, CA  94280-0001
smg         EDI: CALTAX.COM May 22 2013 03:43:00      Franchise Tax Board,   PO Box 2952,
              Sacramento, CA  95812-2952
20521625   +EDI: BANKAMER.COM May 22 2013 03:43:00      Bank of America N A,   4161 Piedmont Parkway,
              Greensboro NC 27410-8119
20521628   +EDI: WFNNB.COM May 22 2013 03:43:00      Comenity Capital,   995 W 122nd Avenue,
              Westminster CO 80234-3417
20521629    EDI: CRFRSTNA.COM May 22 2013 03:43:00      Credit First,   6275 Eastland Road,
              Brook Park OH 44142-1399
20521630   +EDI: RCSFNBMARIN.COM May 22 2013 03:43:00      Credit One Bank,   P O Box 98875,
              Las Vegas NV 89193-8875
20521635   +EDI: TSYS2.COM May 22 2013 03:43:00      Macys DSNB,   9111 Duke Boulevard,   Mason OH 45040-8999
20521637    EDI: AGFINANCE.COM May 22 2013 03:43:00      Springleaf Financial,   1305 Gateway Boulevard,
              Fairfield CA 94533
                                                                                             TOTAL: 9

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 23, 2013**                **Signature:**        _Joseph Speetjens_

Case 13-26807    Filed 05/21/13    Doc 8

```
District/off: 0972-2           User: admin              Page 2 of 2              Date Rcvd: May 21, 2013
                               Form ID: b9a             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2013 at the address(es) listed below:
NONE.                                                                                        TOTAL: 0

Case 13-26807    Filed 05/21/13    Doc 8

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3–200**
**Sacramento, CA 95814**

(916) 930–4400
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 5/17/13 .
You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed above. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors – Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations.**

| | |
|---|---|
| **Case Number:** | 13–26807 – A – 7 |

**Debtor Name(s), Last four digits of Social Security or Individual Taxpayer ID (ITIN) No(s)./Complete EIN, and Address(es):**

| | |
|---|---|
| Randall David Austin<br>xxx–xx–7807<br><br>1706 Daniel Court<br>Fairfield, CA 94533 | Betty Elizabeth Austin<br>xxx–xx–7655<br><br>1706 Daniel Court<br>Fairfield, CA 94533 |

| | | | |
|---|---|---|---|
| **Debtor's Attorney:** | John A. Tosney<br>331 J St #200<br>Sacramento, CA 95814 | **Trustee:** | Sheri L. Carello<br>PO Box 22527<br>Sacramento, CA 95822–0527 |
| **Telephone Number:** | (916) 441–4002 | **Telephone Number:** | 916–444–8149 |

### MEETING OF CREDITORS

**Location:** Robert T Matsui United States Courthouse, 501 I Street, Room 7–A, 7th Floor, Sacramento, CA

**Date & Time:** 6/26/13   08:00 AM

The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors. See Explanations and Important Notice to Individual Debtors on reverse side.

**Presumption of Abuse under 11 U.S.C. § 707(b)** – *See "Presumption of Abuse" on the reverse side.*
The presumption of abuse does not arise.

**Deadlines** – Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge *or* to Challenge the Dischargeability of Certain Debts:**
**8/26/13**
**Deadline to Object to Exemptions:   Thirty (30) days after the conclusion of the meeting of creditors.**

### Creditors May Not Take Certain Actions

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**It is unnecessary to file claims at this time** because it does not appear from the schedules that enough assets are available for payment of a dividend to creditors. If sufficient assets become available, you will be sent a Notice to File Claims.

### Creditor with a Foreign Address

A creditor to whom this notice is sent at a foreign address should read the information under "It Is Unnecessary to File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| Dated:<br>5/21/13 | For the Court,<br>Wayne Blackwelder , Clerk |

FORM b9a
(Continued)

# EXPLANATIONS

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; starting or continuing lawsuits or foreclosures; repossessing the debtor's property; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court.<br>**Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government issued photo identification and proof of social security number to the trustee at the meeting of creditors. *Failure to appear at the meeting of creditors, or failure to provide proper identification and proof of social security information, may result in a motion to dismiss your case.* |
| It is Unnecessary to File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *It is therefore unnecessary to file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>*Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a) (2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

**––– Refer to Other Side For Important Deadlines and Notices –––**